**Electronically Filed
Supreme Court
SCWC-18-0000330
10-NOV-2020
09:10 AM
Dkt. 5 ODAC**

SCWC-18-0000330

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

VIOLET A.C. SEBAY,
Petitioner/Defendant-Appellant,

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000330; CASE NO. 1DTA-16-004016)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Kim, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Violet A.C. Sebay's

application for writ of certiorari filed on September 30, 2020,

is hereby rejected.

DATED:  Honolulu, Hawai'i, November 10, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Robert D.S. Kim

